VALENTINE G. FOEHNER, Appellant, *v.* CHARLES M. HUBER, as Executor of MARIA FOEHNER, Deceased, Respondent, Impleaded with Another.

*Foehner* v. *Huber,* 42 App. Div. 439, affirmed.
(Argued February 14, 1901; decided April 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 26, 1899, affirming a judgment in favor of defendant Huber entered upon a dismissal of the complaint by the court on trial at Special Term.

*W. A. Sutherland* for appellant.

*Stanley Shepard* and *Walter S. Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.